IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK ANDREW KALINA,

      Plaintiff,

v.                                    CASE NO. 4:14cv329-MW/GRJ

MICHAEL CREWS, et al.,

      Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 6, filed August 13, 2014, and has also reviewed *de novo* Plaintiff's Objections to the report and recommendation, ECF No. 7, filed August 29, 2014. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed as a pauper is denied. This case is dismissed

1

**WITHOUT PREJUDICE** pursuant to the 28 U.S.C. § 1915(g) three-strikes bar."

The Clerk shall close the file.

  **SO ORDERED on September 2, 2014.**

            <u>s/Mark E. Walker</u>
            **United States District Judge**